■ DARREL DOWNING RIPPETEAU ARCHITECTS, P. C., Respondent, v VINCENT DEE, JR., Appellant. (Appeal No. 1.)—Appeal unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 989; Chase Manhattan Bank v Roberts & Roberts, 63 AD2d 566). (Appeal from order of Supreme Court, Jefferson County, Gilbert, J.—summary judg-

ment.) Present—Dillon, P. J., Callahan, Boomer, Lawton and Davis, JJ.